1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5037

7 | Stephen,Meyer@usdoj.gov

8 | Attorneys for United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA ) NO. 5:21-mj-71750-MAG
)
13 | v. ) STIPULATION AND ORDER (AS MODIFIED)
) TO CONTINUE AND TO EXCLUDE TIME
14 | DANIELDUY NGUYEN, ) FROM SPEEDY TRIAL ACT AND RULE 5.1
)
15 | Defendant. )
)
16 | ————————————————— )

17 | **STIPULATION**

18 | IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

19 | 1.    The defendant was arraigned on the criminal complaint on November 5, 2021, and was

20 | released from custody on Pretrial bond conditions ordered by the Honorable Kandis A. Westmore on

21 | November 16, 2021.  At that time, with the agreement of the parties, the matter was continued to

22 | December 16, 2021, and time with respect to a speedy indictment was excluded until that date for

23 | effective preparation of counsel.

24 | 2.    On December 13, 2021, the defendant substituted in Daniel Perlman as counsel of record

25 | to replace Erik Babcock.

26 | 3.    The parties now seek to continue the matter to January 27, 2022, so that they will have

27 | sufficient time to explore a potential pre-indictment resolution of the case.  The parties also request that

28 | the time between December 16, 2021 and January 27, 2022, be excluded pursuant to the Speedy Trial

STIP. AND ORDER EXCLUDING TIME          1
No. 5:21-mj-71750-MAG

1  Act and Rule 5.1 of the Federal Rules of Criminal Procedure.  The parties believe the exclusion of time

2  is necessary for effective preparation of counsel, taking into account the exercise of due diligence.  The

3  parties concur that granting the exclusion would allow the reasonable time necessary for effective

4  preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also

5  agree that the ends of justice served by granting such an exclusion of time for the purposes of effective

6  preparation of counsel outweigh the best interests of the public and the defendant in a speedy indictment

7  and trial. 18 U.S.C. § 3161(h)(7)(A).

8      IT IS SO STIPULATED.

9

10  DATED:  December 13, 2021                    STEPHANIE M. HINDS
                                                 Acting United States Attorney
11

12                                                      /s/
                                                 _____
                                                 STEPHEN MEYER
13                                               Assistant United States Attorney

14

15  DATED:  December 13, 2021

16                                                      /s/
                                                 _____
                                                 DANIEL PERLMAN
17                                               Counsel for the Defendant

18

19

20

21

22

23

24

25

26

27

28

1

### <u>ORDER (AS MODIFIED)</u>

2      Based upon the parties Stipulation, the COURT GRANTS the parties request to continue the

3  court appearance in this matter from December 16, 2021 to January 27, 2022 **at 2:00 p.m.**

4      THE COURT FURTHER FINDS THAT the ends of justice are served by granting the parties'

5  request to exclude time under the Speedy Trial Act and Rule 5.1 of the Rules of Criminal Procedure

6  from December 16, 2021 through January 27, 2022, and outweigh the best interest of the public and the

7  defendant in a speedy indictment and trial, and that failure to grant such an exclusion of time would

8  unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into

9  account the exercise of due diligence.

10      Accordingly, THE COURT ORDERS THAT the period from December 16, 2021 through

11  January 27, 2022, is excluded from the otherwise applicable Speedy Trial Act computation relating to

12  Speedy Indictment, pursuant to 18 U.S.C. §  3161(h)(7)(A) & (B)(iv).

13      IT IS SO ORDERED AS MODIFIED.

14

15  DATED:  <u>December 13, 2021</u>



16

17

18

19      HON. DONNA M. RYU
United States Magistrate Judge

20

21

22

23

24

25

26

27

28